UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MERINO HERON-CORTES,

Petitioner,

v.

BRUCE SCOTT, et al.,

Respondents.

Case No. C26-3596-SKV

ORDER TO SUPPLEMENT RECORD

Pro se petitioner, Merino Heron-Cortes ("Petitioner"), is currently being held by U.S. Immigration and Customs Enforcement ("ICE") in detention at the Northwest ICE Processing Center. Dkt. 1. In this matter, he challenges the adequacy of the bond hearing[1] held on August 20, 2026, wherein an Immigration Judge ("IJ") denied bond and ordered that he remain detained. Dkt. 11 at 2 (08/20/26 IJ Order).

Respondents indicate Petitioner also appeared before an IJ for a merits hearing on August 27, 2026, wherein the IJ denied Petitioner's application for relief from removal and granted Petitioner post-conclusion voluntary departure by October 26, 2026. Dkt. 12-2, ¶ 10. Although Petitioner reserved his right to appeal that decision, "ICE has no record that an appeal . . . was

[1] The bond hearing was conducted pursuant to a habeas order issued by this Court. *Torres-Padilla et al v. Hernandez et al.*, No. C26- 2343-TMC, slip op. (W.D. Wash. Jul. 13, 2026).

filed by the September 28, 2026, deadline." *Id.* (omission added). In their return, Respondents argue that, if there has been no appeal of that decision, the detention authority will have shifted to "90-day mandatory detention period under 8 U.S.C. § 1231 (rather than his present detention pursuant to § 1226(a))" as of October 26, 2026, potentially requiring the Court to "assess whether a challenge directed at the existing § 1226(a) custody determination continues to present a live controversy[.]" Dkt. 12-1 at 14.

Petitioner recently provided this Court with a status update that he has "timely appealed the Order of the Immigraton Judge and the status of my appeal is pending." Dkt. 17 at 1. This update does not specify whether the appeal concerns the August 20, 2026, bond denial or the August 27, 2026, merits determination.

Accordingly, Respondents are hereby ORDERED to produce, on or before ***Friday, November 27, 2026,*** any document or record that evidences whether the IJ's August 27, 2026, order has become final or has been timely appealed. Petitioner may file a response to any evidence produced by Respondents within **ten (10) days** of their submission.

Dated this 18th day of November, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

///